Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORAN R. KRAUS;<br>LEANNE V. LAO, f/k/a Leanne V. Kraus;<br>LARELL H. BALDWIN, as Trustee of<br>Trust No. K9L7K5D3-48-89999-B;<br>FAIRVIEW, a private contractual company;<br>AMERICAN MORTGAGE NETWORK, INC.;<br>DITECH FINANCIAL, LLC; and<br>PIERCE COUNTY, WASHINGTON,<br><br>Defendants. | Case No. 3:16-cv-05449-BHS<br><br>**ORDER GRANTING<br>JOINT MOTION TO VACATE TRIAL** |

Upon consideration of the United States' and Leanne Lao's Motion to Vacate Trial, it is hereby ORDERED that:

(1) The Motion is GRANTED;

(2) The trial presently scheduled to begin on May 1, 2018, is hereby stricken from the Court's calendar;

(3) The pretrial conference presently scheduled for April 16, 2018, at 3:30 p.m., is hereby stricken from the Court's calendar; and

1  (4) All associated pretrial deadlines are hereby stricken from the Court's calendar.

2  IT IS SO ORDERED.

3  DATED this ____ day of _____, 2018.

BENJAMIN H. SETTLE
United States District Judge

7  Presented by:

8  RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Boris Bourget
BORIS BOURGET
JENNIFER Y. GOLDEN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6547 (Golden)
Tel: (202) 307-2182 (Bourget)
Fax: (202) 307-0054
Jennifer.Y.Golden@usdoj.gov
Boris.Bourget@usdoj.gov

Of Counsel:
ANNETTE L. HAYES
United States Attorney
Western District of Washington

*Attorneys for the United States of America*

/s/John A. Sterbick
JOHN A. STERBICK
1010 South "I" Street
Tacoma, WA 98405
Tel: (253) 383-0140
Fax: (253) 383-6352
jsterbick@sterbick.com

*Attorney for Leanne Lao*

[Proposed] Order Granting Joint
Motion to Vacate Trial
(Case No. 3:16-cv-05449-BHS)

2

Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6547